# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF GARRETT JOSEPH
CLAYBOURN

NO. 2025 CW 0549

**SEPTEMBEER 8, 2025**

In Re:   Brendan Joseph Claybourn, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. P-109268.

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT